* The panel unanimously denies appellant's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Mark Warner PEACOCK, Defendant—
Appellant.**

**No. 06–10094.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Joseph E. Koehler, Esq., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

John D. Kaufmann, Esq., Tucson, AZ, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Mark Warner Peacock appeals from the 84–month sentenced imposed following his jury-trial conviction for unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Peacock contends that the district court erred by not making the requisite findings

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of fact in applying a sentencing enhancement for obstruction of justice under U.S.S.G. § 3C1.1. We conclude that the record supports the enhancement. *See United States v. Barajas,* 360 F.3d 1037, 1043–44 (9th Cir.2004).

Peacock contends that the district court failed to provide an appropriate explanation of its decision not to resentence, pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). This contention is belied by the record. *See United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir.2006). He also contends that the sentence is unreasonable. We conclude that the district court properly understood its authority to impose a non-Guideline sentence. *See id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.